MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
JASON H. LEE (Cal. Bar No. 253140)
  leejh@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
  hanjo@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>WILLIAM K. ICHIOKA,<br><br>  Defendant. | Case No. 3:23-cv-03093-VC<br><br>Joint Status Report<br><br>Case Management Conference<br>Date:  December 6, 2024<br>Time:  10:00 a.m.<br>Courtroom: 4, 17th Floor<br>  (via videoconference)<br>Judge:  Hon. Vince Chhabria |

Pursuant to the Court's Order of September 6, 2024 (ECF No. 37), Plaintiff Securities and Exchange Commission ("SEC") and Defendant William Ichioka ("Defendant") (together, "the Parties") hereby submit the following joint status report in anticipation of the case management conference on December 6, 2024.

The SEC filed a complaint in this civil matter on June 22, 2023, together with a partial resolution of the matter in a Consent and [Proposed] Judgment for the Court's approval. ECF Nos. 4-1 and 4. Following the August 4, 2023 Case Management Conference, the Court entered the

Judgment on August 14, 2023. ECF No. 15. The Judgment ordered certain injunctive relief, but deferred the Court's determination of the amount of disgorgement, prejudgment interest, and civil monetary penalties pending a later motion by the SEC.

The SEC staff and Defendant have reached an agreement in principle which would fully resolve this case. The SEC staff has begun the process of seeking approval of the settlement terms from the SEC Commissioners. The SEC staff anticipates that the proposed settlement will be presented to the Court for review and approval in January 2025. If the settlement documents have not yet been submitted to the Court by January 31, 2025, the parties will file another status report on that date.

The parties request that the case management conference currently schedule for December 6, 2024, be continued to February 6, 2025, at 10:00 am, or another date and time that is convenient to the Court.

Respectfully submitted,

Dated: November 21, 2024

    /s/ John K. Han
John K. Han
Erin E. Wilk
Securities and Exchange Commission
44 Montgomery Street, Suite 700
San Francisco, CA 94104
Attorneys for Plaintiff
Securities and Exchange Commission

    /s/ Sophie M. Kosmacher /(jkh with permission)
Sophie M. Kosmacher
Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067
Attorney for Defendant